IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

YURINEL MAYBEHTT APONTE SILVA, and §
A.S.A.S., A.V.H.A., and B.S.A.S., Minor §
Children, §
§
     *Petitioners,* §
§
VS. §      CIVIL ACTION NO. SA-25-CV-1848-FB
§
KRISTI NOEM, Secretary of Homeland §
Security; PAMELA BONDI, U.S. Attorney §
General; TODD M. LYONS, Acting Director of §
Immigration and Customs Enforcement; §
MIGUEL VERGARA, San Antonio Field Office §
Director; and JOSE RODRIGUEZ, JR., §
Warden of Dilley Immigration Processing §
Center, §
§
     *Respondents.* §

## ORDER FOR SERVICE AND FURTHER ORDERS OF THE COURT

Before the Court is the Verified Petition for Writ of Habeas Corpus, filed by Petitioners Yurinel

Maybehtt Aponte Silva, and A.S.A.S., A.V.H.A., and B.S.A.S., Minor Children, who are currently in

detention in the Dilley Immigration Processing Center located in Dilley, Texas, located in the Western

District of Texas. (Docket no. 1).

IT IS HEREBY ORDERED that the District Clerk shall furnish the Office of the United States

Attorney in San Antonio, Texas, with copies of the Verified Petition for Writ of Habeas (docket no. 1)

and this Order. Delivery by certified mail, return receipt requested, of those same documents shall

constitute sufficient service of process, unless otherwise contested, on Respondents: Kristi Noem,

Secretary of Homeland Security; Pamela Bondi, U.S. Attorney General; Todd M. Lyons, Acting

Director of Immigration and Customs Enforcement; and Miguel Vergara, San Antonio Field Office

Director. Todd. *See* Fed. R. Civ. P. 4(i). Service should be directed to Stephanie Rico, the Civil

Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

IT IS FURTHER ORDERED that the Clerk of Court shall serve the Respondent, Warden, Jose Rodriguez, Jr., Dilley Immigration Processing Center, 300 El Rancho Way, Dilley, TX 78017, with copies of the Verified Petition for Writ of Habeas Corpus (docket no. 1) and this Order. Delivery by certified mail, return receipt requested, will constitute sufficient service of process unless otherwise contested.

IT IS FURTHER ORDERED that Respondents shall file a response to the Petition within five (5) days of the date of service. In preparing their response, Respondents must consider prior court orders issued in the San Antonio Division of the Western District of Texas in cases such as: *Jaimes v. Lyons,* No. SA-25-CV-1700-FB at docket entry number 7 (W.D. Tex. Dec. 18, 2025); *Rahimi v. Thompson*, Order, No. SA-25-CV-1338-OLG (W.D. Tex. Dec. 4, 2025); *Tinoco Pineda v. Noem,* No. SA-25-CA-01518-XR, 2025 WL 3471418 (W.D. Tex. Dec. 2, 2025)*; Granados v. Noem*, No. SA-25-CA-01464-XR, 2025 WL 3296314 (W.D. Tex. Nov. 26, 2025); and *Mendoza Euceda v. Noem*, Order, No. SA-25-CV-1234-OLG (W.D. Tex. Nov. 17, 2025), if the case concerns, in whole or in part, the applicability of 8 U.S.C. § 1225 or § 1226 to the petitioner, and identify any material factual differences between facts in this case and the facts presented in those cases. Failure to do so may result in a summary order granting all relief requested in the petition on that issue other than the request for attorney's fees. In lieu of a full response, Respondents may choose to file a response indicating that there are no material factual differences here and preserving all legal arguments made by the Federal Respondents in those cases on the § 1225 versus § 1226 issue.

IT IS FURTHER ORDERED that, if Petitioners elect to file a reply, Petitioners may do so no later than 7 days after the Respondents file their answers/responses.

IT IS FINALLY ORDERED that **any possible or anticipated removal or transfer of Petitioners Yurinel Maybehtt Aponte Silva, and A.S.A.S., A.V.H.A., and B.S.A.S., Minor Children is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer Yurinel Maybehtt Aponte Silva, and A.S.A.S., A.V.H.A., and B.S.A.S., Minor Children, outside of this judicial district during the pendency of this litigation and until further Order of this Court.**

It is so ORDERED.

SIGNED this 26th day of December, 2025.

_____

FRED BIERY
UNITED STATES DISTRICT JUDGE