IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| YURINEL MAYBEHTT APONTE SILVA, and, A.S.A.S., A.V.H.A., and B.S.A.S., Minor Children,<br><br>    *Petitioners*,<br><br>V.<br><br>KRISTI NOEM, Secretary of Homeland Secretary, PAMELA BONDI, U.S. Attorney General; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; MIGUEL VERGARA, San Antonio Field Office Director; and JOSE RODRIGUEZ, JR., WARDEN, Dilley Immigration Processing Center,<br><br>    *Respondents*. | CIVIL ACTION NO. SA-25-CV-01848-FB |

**ORDER REGARDING OPPOSED MOTION FOR EXTENSION
OF TIME AND FURTHER ORDER OF THE COURT**

Before the Court is the Federal Respondents' Opposed Motion for Extension of Time, filed on January 7, 2026. (Docket no. 4). After careful consideration, the Court is of the opinion that the time for the Federal Respondents to respond to the Petition for Writ of Habeas Corpus should be extended until January 13, 2026, not because of the recent influx of habeas petitions but because this case involves minor children and possible issues under the nationwide Flores settlement agreement.

IT IS THEREFORE ORDERED that the Federal Respondents' Opposed Motion for Extension of Time (docket no. 4) is GRANTED such that the time for the Federal Respondents to respond to the Petition for Writ of Habeas Corpus is **EXTENDED until January 13, 2026**. If Petitioners elect to file a reply, they may do so **no later than 7 days** after the Federal Respondents file their response.

IT IS FURTHER ORDERED that all other provisions of the Order for Service and Further Orders of the Court (docket no. 2) remain in full force and effect.  The Court has Ordered "that any possible or anticipated removal or transfer of Petitioners Yurinel Maybehtt Aponte Silva, and A.S.A.S., A.V.H.A., and B.S.A.S., Minor Children is IMMEDIATELY STAYED until further order from this Court. Respondents shall not transfer Yurinel Maybehtt Aponte Silva, and A.S.A.S., A.V.H.A., and B.S.A.S., Minor Children, outside of this judicial district during the pendency of this litigation and until further Order of this Court."  (*Id.* at page 3).

IT IS FURTHER ORDERED that Respondents **SHALL NOT transfer any Petitioner to another detention facility within this judicial district during the pendency of this litigation without simultaneously transferring all Petitioners to the same detention facility.**

It is so ORDERED.

SIGNED this 9th day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE