IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

YURINEL MAYBEHTT APONTE SILVA, and, §
A.S.A.S., A.V.H.A., and B.S.A.S., Minor §
Children, §
§
§
*Petitioners*, §
§
V. §   CIVIL ACTION NO. SA-25-CV-01848-FB
§
§
KRISTI NOEM, Secretary of Homeland §
Secretary, PAMELA BONDI, U.S. Attorney §
General; TODD M. LYONS, Acting Director §
of Immigration and Customs Enforcement; §
MIGUEL VERGARA, San Antonio Field §
Office Director; and JOSE RODRIGUEZ, §
JR., WARDEN, Dilley Immigration §
Processing Center, §
§
*Respondents*. §

**FINAL JUDGMENT**

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Granting Petition for Writ of Habeas Corpus signed this date,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Verified Petition for Writ

of Habeas Corpus (ECF No. 1) is GRANTED such that Respondents are ORDERED to release

Petitioners Yurinel Maybehtt Aponte Silva, A.S.A.S., A.V.H.A. and B.S.A.S. (File Nos. XXX-XXX-

433, XXX-XXX-434, XXX-XXX-435, XXX-XXX-XX-436) from their custody according to the terms

and conditions set forth in the Court's Order.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that Petitioners' request for an

award of reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C.

§ 2412, is DENIED.  Motions pending, if any, are DISMISSED AS MOOT, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 22nd day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE